[Cite as *State v. Oatman*, 2024-Ohio-5874.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## LAKE COUNTY

STATE OF OHIO,
CITY OF PAINESVILLE,

                Plaintiff-Appellee,

    - vs -

SABREL B. OATMAN,

                Defendant-Appellant.

**CASE NO. 2024-L-084**

Criminal Appeal from the
Painesville Municipal Court

Trial Court No. 2024 CRB 00262

---

# MEMORANDUM
# OPINION

Decided: December 16, 2024
Judgment: Appeal dismissed

---

*James R. O'Leary*, Painesville City Prosecutor, 77 North St. Clair Street, Suite 100, Painesville, OH 44077 (For Plaintiff-Appellee).

*Sabrel B. Oatman*, pro se, 4196 Flossy Lane, Perry, OH 44081 (Defendant-Appellant).


EUGENE A. LUCCI, P.J.

{¶1} On October 23, 2024, a notice of appeal and docketing statement were filed in the Painesville Municipal Court. On October 24, 2024, appellant filed a "Motion for Leave to File Delayed Appeal" along with copies of the October 23, 2024 notice of appeal and docketing statement. The notice of appeal indicates that appellant, Sabrel B. Oatman, wishes to appeal from an order issued in Painesville M.C. Case No. 2024-CRB-00262. However, the notice of appeal and docketing statement are not signed by appellant, but were signed by someone else who is not an attorney.

{¶2} App.R. 5(A) requires that a notice of appeal shall be filed concurrently with any motion for leave to file a delayed appeal. "The original of every . . . document filed with this court shall be signed by an attorney representing the party on whose behalf the document is filed." Loc.R. 4(A). Only a licensed attorney may file pleadings on behalf of another party in court. R.C. 4705.01; *Karnofel v. Montgomery*, 2009-Ohio-6037, ¶ 15-16 (11th Dist.); *see also Kessler v. Totus Tuus, L.L.C.*, 2009-Ohio-1147 (11th Dist.). Loc.R. 4(A) further provides that when a party is not represented by counsel, the party is required to sign his or her own name on all pleadings.

{¶3} The October 23, 2024 notice of appeal was not signed by appellant or a licensed attorney. Instead, the notice is signed by appellant's mother, Au'Dree M. Calhoun-Ekwuenechi, who is not an attorney.

{¶4} Appellant has not submitted a notice of appeal signed by either a licensed attorney or himself. Therefore, appellant's motion for leave to file a delayed appeal is overruled, and the appeal is hereby dismissed.

{¶5} We note that appellant is not barred from filing a new motion for leave to file a delayed appeal along with a signed notice of appeal that complies with the Ohio Rules of Appellate Procedure and the local rules of this court.

{¶6} Appeal dismissed.


MARY JANE TRAPP, J.,

ROBERT J. PATTON, J.,

concur.


2

Case No. 2024-L-084